Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Mary Thew

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Thew, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>United Services Automobile Association Federal Savings Bank,<br><br>Defendant. | **CASE NO: 5:19-CV-00314-DMG-SHK**<br><br>**NOTICE OF JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. DOLLY M. GEE** |

Plaintiff Mary Thew and Defendant United Services Automobile Association Federal Savings Bank ("the Parties") hereby moves to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. Procedure 41(a)(1)(ii), each party shall bear hers/its own costs. The notice and approval requirements of Federal Rule of Civil

Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. This Court retains jurisdiction to enforce the settlement of this action.

Date: October 4, 2019                           **KAZEROUNI LAW GROUP, APC**

                                                By: s/ Yana A. Hart
                                                    Yana A. Hart, Esq.
                                                    *Attorneys for Plaintiff*


Date: October 4, 2019                           **BALLARD SPAHR**

                                                By: s/ Marcos Sasso
                                                    Marcos Sasso, Esq.
                                                    *Attorneys for Defendant*